UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALFREDO SUCOP MEJIA,

Petitioner,

v.

WARDEN,

Respondents.

No. 1:26-cv-03103-DJC-JDP

ORDER

Petitioner filed a Motion for Temporary Restraining Order seeking an order that Respondents facilitate Petitioner's return to the United States after he was unlawfully removed to Guatemala. (ECF No. 24.) Respondents filed a response confirming that Petitioner was improperly removed while there was a stay of removal in effect. (ECF No. 29 at 1.) Respondents represent that this removal was "inadvertent" and that they "intend to facilitate [Petitioner's] return to the United States." (*Id.*)

The Court finds that Petitioner has met the requirements of for issuance of a temporary restraining order under *Winter v. Natural Resource Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Petitioner has a likelihood of success on the merits given Defendant's concession that Petitioner was improperly removed. The irreparable harm in this removal is readily apparent, and the balance of equities and public

interest clearly weigh in Petitioner's favor. As such, issuance of a temporary restraining order is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Temporary Restraining Order (ECF No. 24) is converted to a request for a Preliminary Injunction and is GRANTED;
2. Respondents are ordered to facilitate Petitioner's return to the United States.
3. Respondents are ordered to provide an update on October 23, 2026 and every week thereafter until Petitioner is returned. This update shall provide a detailed explanation of the efforts taken by Respondents to facilitate Petitioner's return.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE