ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS ALFREDO SUCOP MEJIA,
A 221-491-742

Petitioner,

v.

WARDEN, ET AL.,

Respondents.

No. 1:26-CV-03103-DJC-JDP

**STIPULATION OF DIMISSAL AND ORDER**

Petitioner Luis Alfredo Sucop Mejia, through his undersigned counsel of record, and Respondents, through their undersigned counsel of record, hereby stipulate to the dismissal the Motion to Enforce Judgment, ECF 23, and Motion for Temporary Restraining Order with prejudice, ECF 24, without prejudice, and request that the Court withdraw its entry of the preliminary injunction, ECF 32, ordering Respondents to facilitate Petitioner's return to the United States.

Dated: October 30, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney
Attorneys for Respondents

/s/ *Laura R. Jones (authorized on Oct.30, 2026)*
LAURA R. JONES
Counsel for Petitioner

**ORDER**

The parties having stipulated and agreed, Petitioner's motion to enforce judgment, ECF 23, and motion for temporary restraining order, ECF 24, are hereby dismissed without prejudice and the preliminary injunction, ECF 32, is withdrawn.

IT IS SO ORDERED.

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE